Argued May 17, affirmed May 17, 1971

## STATE OF OREGON, *Respondent, v.*
## LARRY WHEELER (No. C-56433), *Appellant.*
### 484 P2d 1127

*Richard A. Reichsfeld*, Portland, argued the cause for appellant. With him on the brief were Jana T. Gregory and Gregory & Reichsfeld, Portland.

*Walter L. Barrie*, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.